1 | MELINDA HAAG (CSBN 132612)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney
4 |
5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
6 | Facsimile:   (415) 436-6748
Email: jennifer.s.wang@usdoj.gov
7 |
Attorneys for the Federal Defendant
8 |
9 | KIM DAVID STASKUS (CA BAR NO. 96137)
Law Offices of Kim David Staskus
10 | A Professional Corporation
1631 Willow Street, Suite 100
11 | San Jose, CA 95125
(408) 264-0155
12 | (408) 266-1859 (facsimile)
kimstaskus@mgle-law.com
13 |
Attorney for Plaintiff
14 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| LAMAR DAVIS, | ) | No. C 10-5146 EDL |
| | ) | |
| Plaintiff, | ) | **JOINT STIPULATION AND REQUEST** |
| | ) | **FOR REASSIGNMENT TO SAN JOSE** |
| v. | ) | **DIVISION; [~~PROPOSED~~] ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties, by and through their undersigned counsel, agree that pursuant to Civil Local Rule 3-2(c) and (e), plaintiff's action arises in Santa Clara County and, for that reason, respectfully request that the above-captioned case be reassigned to the San Jose Division of the United States District Court, Northern District of California.  Plaintiff's complaint alleges claims related to medical treatment plaintiff received at the Department of Veterans Affairs' Palo Alto Health Care System, which is located in Santa Clara County.  (*See* Compl. at p. 1 (prefatory

1     statement) & ¶¶ 3-4).

2                                              Respectfully submitted,

3     DATED:   January 26, 2011              MELINDA HAAG
                                             United States Attorney
4
                                       By:    /s/ Jennifer S Wang
5                                            JENNIFER S WANG
                                             Assistant United States Attorney
6
      DATED: January 26, 2011
7
                                       By:    /s/  Kim David Staskus
8                                            KIM DAVID STASKUS
                                             Attorney for Plaintiff
9
                                **[PROPOSED] ORDER**
10

11          The above-captioned case is hereby reassigned to the San Jose Division of the United

12    States District Court, Northern District of California.

13    IT IS SO ORDERED.

14

15    DATED: _ January 28, 2011 _                _____
                                                 ELIZABETH D. LAPORTE
16                                               UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND REQUEST FOR REASSIGNMENT TO SAN JOSE DIVISION
C10-5146 EDL                              2