UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAMAR DAVIS,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.: C 10-5146 PSG<br><br>**FURTHER SCHEDULING ORDER** |

On November 12, 2010, a case management conference was scheduled before Judge Laporte on Tuesday, February 22, 2011 at 10 a.m.[1] On January 31, 2011, the case was reassigned to the undersigned.[2]

IT IS HEREBY ORDERED that the case management conference will be held on Tuesday, February 22, 2011 at 2 p.m. in Courtroom 5, 4th Floor of the San Jose Courthouse and a case management statement shall be filed no later than Tuesday, February 15, 2011. Additionally, Defendant must either file written consent to the jurisdiction of the magistrate judge, or request

---

[1] *See* 11/12/10 ADR Scheduling Order (Docket No. 3).

[2] *See* 1/31/11 Order Reassigning Case (Docket No. 9).

ORDER, *page 1*

1 | reassignment to a district judge, no later than Tuesday, February 15, 2011.[3]

2 | Dated: February 7, 2011

*[signature]*
PAUL S. GREWAL
United States Magistrate Judge

---

[3] Plaintiff consented to proceed before a U.S. magistrate judge on January 18, 2010. *See* 1/18/11 Consent To Proceed Before a U.S. Magistrate Judge by Lamar Davis (Docket No. 6).

ORDER, *page 2*