UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAMAR DAVIS,<br><br>                 Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>                 Defendant | Case No. C 10-5146 LHK (PSG)<br><br>[~~PROPOSED~~] ORDER ON ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

On July 22, 2011 KIM DAVID STASKUS made an administrative motion to file declarations under seal in connection with his motion to be relieved as counsel for the plaintiff. The motion was not opposed by defendant. Good cause appearing therefore,

IT IS HEREBY ORDERED:

The declarations of KIM DAVID STASKUS and Don Phillips may be filed under seal.

Date:   August 25, 2011

_Lucy H. Koh_
Lucy H. Koh
United States District Judge

Case No.: 10-CV-5146-LHK
[~~PROPOSED~~] ORDER ON ADMINISTRATIVE
MOTION TO FILE UNDER SEAL