UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAMAR DAVIS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No.: 10-CV-5146-LHK <br><br> ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL |

Counsel for Plaintiff, Mr. Kim David Staskus, has moved to withdraw as counsel on the ground that Mr. Staskus has suffered a disabling illness which makes it unreasonably difficult for him to represent Plaintiff effectively in this action. ECF No. 35. Defendant, the United States of America, does not oppose this motion. ECF No. 36. The Court held a hearing on August 26, 2011. For good cause shown, the Court GRANTS Mr. Staskus's motion to be relieved as counsel.

The Court ORDERS Counsel to file, by September 2, 2011, a declaration and proof of service establishing that he has served on Plaintiff the following: (1) a copy of this Order; (2) Notice of Motion and Motion to be Relieved as Counsel; (3) Memorandum of Points and Authorities in Support of Motion to be Relieved as Counsel; (4) Declaration of Kim David Staskus in Support of Motion to be Relieved as Counsel; (5) Declaration of Don Phillips in Support of Motion to be Relieved as Counsel; (6) Agreement to Appear in Pro Se; (7) the Federal Legal Assistance Self-Help Information Sheet; and (8) the procedures for registering with the Court's

1

electronic court filing (ECF) system. In addition, Counsel must provide the Court with Plaintiff's current residential address and telephone number by August 29, 2011. Mr. Cardosi, specially appearing on behalf of Plaintiff, represented to the Court that on June 23, 2011, Mr. Staskus gave Plaintiff the transcript of his deposition and a copy of Defendant's motion for judgment on the pleadings and informed Plaintiff that he may need to get new counsel.

The Court hereby VACATES the existing case schedule. The Court will hold a further Case Management Conference on September 21, 2011, at 2 p.m. If Plaintiff fails to appear at the September 21, 2011 Case Management Conference, the Court will issue an order to show cause why this action should not be dismissed for failure to prosecute. The hearing on Defendant's motion for judgment on the pleadings remains as set on October 27, 2011, at 1:30 p.m. If Plaintiff retains new counsel or appears *pro se*, the parties shall stipulate to a reasonable briefing schedule for the opposition and reply to the motion for judgment on the pleadings.

**IT IS SO ORDERED.**

Dated: August 26, 2011

_____
LUCY H. KOH
United States District Judge