UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAMAR DAVIS,<br><br>                    Plaintiff,<br>         v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No.: 10-CV-05146-LHK<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED, WITHOUT PREJUDICE, FOR FAILURE TO PROSECUTE |

On August 26, 2011, the Court issued an order granting Mr. Staskus's motion to withdraw as counsel. ECF No. 43. The order stated, "The Court will hold a further Case Management Conference on September 21, 2011, at 2 p.m. If Plaintiff fails to appear at the September 21, 2011 Case Management Conference, the Court will issue an order to show cause why this action should not be dismissed for failure to prosecute." *Id.*

The August 26, 2011 Order also required Mr. Staskus:

> to file, by September 2, 2011, a declaration and proof of service establishing that he has served on Plaintiff the following: (1) a copy of this Order; (2) Notice of Motion and Motion to be Relieved as Counsel; (3) Memorandum of Points and Authorities in Support of Motion to be Relieved as Counsel; (4) Declaration of Kim David Staskus in Support of Motion to be Relieved as Counsel; (5) Declaration of Don Phillips in Support of Motion to be Relieved as Counsel; (6) Agreement to Appear in Pro Se; (7) the Federal Legal Assistance Self-Help Information Sheet; and (8) the procedures for registering with the Court's electronic court filing (ECF) system. In addition, Counsel must provide the Court with Plaintiff's current residential address and telephone number by August 29, 2011.

1

Case No.: 10-CV-05146-LHK
ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED, WITHOUT PREJUDICE, FOR FAILURE TO PROSECUTE

*Id.* Mr. Staskus, through Mr. Cardosi, complied with the Court's Order on August 30, 2011. ECF No. 45. Thus, prior to the September 21, 2011, Mr. John P. Cardosi gave notice to Plaintiff that the case management conference was set for September 21, 2011, and that the Court would issue an order to show cause why the case should not be dismissed for failure to prosecute if Plaintiff failed to appear.

Additionally, the Courtroom Deputy left a message at Plaintiff's telephone number, provided to the Court by Mr. Cardosi, stating the time and place of the September 21, 2011 case management conference.

On September 21, 2011, the Court held the case management conference. Plaintiff failed to appear.

Accordingly, the Court issues this order to show cause why this case should not be dismissed, without prejudice, for failure to prosecute. Plaintiff has until October 5, 2011, to respond to this order. The Court will hold a hearing on this order to show cause on October 19, 2011, at 2:00 p.m. in Courtroom 8, 4th floor. If Plaintiff fails to appear on October 19, 2011, the Court will dismiss this case, without prejudice, for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 21, 2011

_____
LUCY H. KOH
United States District Judge